| Total Hours | Subtotal | NMGRT | Total |
|---|---|---|---|
| 243 | $60,750.00 | $4,024.69 | $64,774.69 |